NAGEL, APPELLEE, *v.* HUNTINGTON NATIONAL BANK, APPELLANT.

[Cite as *Nagel v. Huntington Natl. Bank,*
122 Ohio St.3d 1227, 2009-Ohio-3451.]

(No. 2008–2501—Submitted July 14, 2009—Decided July 21, 2009.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Dworken & Bernstein Co., L.P.A., and Patrick J. Perotti; and Brian G. Ruschel, for appellee.

Porter, Wright, Morris & Arthur, L.L.P., Jennifer T. Mills, and L. Bradfield Hughes, for appellant.